1  LAWRANCE A. BOHM, (SBN 208716)
   **BOHM LAW GROUP**
2  4600 Northgate Blvd., Suite 210
   Sacramento, CA 95834
3  Phone (916) 927-5574
   Fax (916) 927-2046
4
   Erika M. Gaspar (SBN 238117)
5  **LAW OFFICE OF ERIKA M. GASPAR**
   2121 Natomas Crossing Drive, Suite 200-399
6  Sacramento, CA  95834
   Telephone:  (916) 749-0278
7  Facsimile:  (916) 647-0535
8  Attorneys for Plaintiff
   PAUL TROTTER
9
10              UNITED STATES DISTRICT COURT
11             EASTERN DISTRICT OF CALIFORNIA
12
13 PAUL TROTTER,                        | Case No.  2:09-cv-03476-FCD-EFB
14            Plaintiff,                | **STIPULATION AND ORDER**
                                        | **EXTENDING THE DEADLINES OF**
15      v.                             | **THE STATUS (PRETRIAL**
                                        | **SCHEDULING) ORDER**
16 AMERISOURCEBERGEN CORPORATION;
   and DOES 1-100, inclusive,
17
            Defendant.
18
19
20
21
22        Plaintiff, PAUL TROTTER, by and through his attorneys of record, Lawrance A. Bohm
23 and  Erika  M.  Gaspar  and  Defendant,  AMERISOURCEBERGEN  CORPORATION,  by  and
24 through  their  attorney  of  record  Matthew  J.  Ruggles  stipulate  to  modify  this  Court's  Status
25 (Pretrial Scheduling) Order (Doc #5) of February 18, 2010.
26 ///
27 ///
28
                                   1

Stipulation and Order Extending the Deadlines of the Status
(PreTrial Scheduling) Order
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                    Lawrance A. Bohm, Esq.
                                                                    Erika M. Gaspar, Esq.

## I.    EXISTENCE OF GOOD CAUSE

1.     Good cause exists in that despite diligent efforts, the parties have been unable to reschedule depositions of witnesses because of the trial schedules of attorneys for Plaintiff. Plaintiff's attorneys, Lawrance A. Bohm and Erika M. Gaspar were assigned out to trial in Sacramento County Superior Court on March 15, 2011 on a case which was anticipated to continue into April.  The case settled on March 28, 2011.  Further, Mr. Bohm is in trial on another matter in Butte County Superior Court from May 9 - 19, 2011.

2.     Good cause exists because Plaintiff still needs to take depositions of Defendant's witnesses which were previously properly noticed and scheduled for March 25 and 29, and which Plaintiff has been unable to reschedule due to the scheduling conflicts of the attorneys.

3.     Good cause exists because Defendant still needs to take depositions of Plaintiff's witnesses which were forced to be rescheduled due to scheduling conflicts of Plaintiff's counsel as noted above.  Accordingly, both counsel request modifications to the Court's Status (Pretrial Scheduling) Order so that both parties can adequately prepare this case for trial currently scheduled for December 6, 2011.

4.     Further good cause exists in that the date for disclosure of expert witnesses must be postponed until the end of deposition discovery.

5.     Further, neither party would be prejudiced by the requested modification to the Court's Status (Pretrial Scheduling) Order.

///

///

///

///

///

2

Stipulation and Order Extending the Deadlines of the Status
(PreTrial Scheduling) Order
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.

**II.     STIPULATION**

For the foregoing reasons, the parties to this action hereby ***STIPULATE AS FOLLOWS***:

          1.     That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | Previous Date: | New Date: |
|---|---|---|
| Non Expert Discovery Cut-Off | March 30, 2011 | May 16, 2011 |
| Expert Disclosure Date | April 12, 2011 | May 27, 2011 |
| Expert Discovery Cut-Off | June 3, 2011 | July 18, 2011 |
| Final Pretrial Conference | October 7, 2011 at 1:30 p.m. ** |  |
| JOINT Pretrial Statement | September 30, 2011** |  |

**The parties request the court reschedule the Final Pretrial Conference accordingly.

Dated:  April 12, 2011

By:     */s/ Lawrance A. Bohm*
Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.
Attorneys for Plaintiff
PAUL TROTTER


By:     */s/*
Matthew J. Ruggles, Esq.
Attorneys for Defendant,
AMERISOURCEBERGEN CORPORATION

/ / /

/ / /

/ / /

/ / /

Stipulation and Order Extending the Deadlines of the Status
(PreTrial Scheduling) Order
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.

1

## <u>ORDER</u>

2

3
      The following dates are hereby extended as follows:

4

5
Non Expert Discovery Cut-Off:         May 16, 2011

6
Expert Disclosure Date:               May 27, 2011

7
Expert Discovery Cut-Off:            July 18, 2011

8
**Dispositive Motion Deadline:**        **August 19, 2011**

9
Final Pretrial Conference:           October 7, 2011 at 1:30 p.m.

10

11
Joint Pretrial Statement Due:       September 30, 2011

12

13

14
Dated:  April 12, 2011

15
FRANK C. DAMRELL, JR.

UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Extending the Deadlines of the Status
(PreTrial Scheduling) Order                          Lawrance A. Bohm, Esq.
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.      Erika M. Gaspar, Esq.