1   LAWRANCE A. BOHM, (SBN 208716)
    **BOHM LAW GROUP**
2   4600 Northgate Blvd., Suite 210
    Sacramento, CA 95834
3   Phone (916) 927-5574
    Fax (916) 927-2046
4
    Erika M. Gaspar (SBN 238117)
5   **LAW OFFICE OF ERIKA M. GASPAR**
    2121 Natomas Crossing Drive, Suite 200-399
6   Sacramento, CA  95834
    Telephone:  (916) 749-0278
7   Facsimile:  (916) 647-0535
8   Attorneys for Plaintiff
    PAUL TROTTER
9
10                     UNITED STATES DISTRICT COURT
11                     EASTERN DISTRICT OF CALIFORNIA
12
13  PAUL TROTTER,                         Case No.  2:09-CV-03476-FCD-EFB
14              Plaintiff,                **STIPULATION AND ORDER TO**
                                          **ELECT REFERRAL OF ACTION TO**
15        v.                             **VOLUNTARY DISPUTE**
                                          **RESOLUTION PROGRAM (VDRP)**
16  AMERISOURCEBERGEN CORPORATION;        **PURSUANT TO LOCAL RULE 271**
    and DOES 1-100, inclusive,
17
                Defendant.
18
19
20  ///
21
22  ///
23
24  ///
25
26
27  ///
28
                                    1

Stipulation and Order to Elect Referral of Action to Voluntary
Dispute Resolution Program (VDRP) Pursuant to Local Rule 271        Lawrance A. Bohm, Esq.
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                    Erika M. Gaspar, Esq.

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  June 24, 2011                    By:___/s/ Lawrance A. Bohm_____
                                         Lawrance A. Bohm, Esq.
                                         Erika M. Gaspar, Esq.
                                         Attorneys for Plaintiff
                                         PAUL TROTTER

Dated:  June 24, 2011                    By:___/s/ Matthew J. Ruggles, Esq.__(authorized 6/24/11)
                                         Matthew J. Ruggles, Esq.
                                         Attorneys for Defendant,
                                         AMERISOURCEBERGEN CORPORATION

        IT IS SO ORDERED.

Dated:  June 27, 2011                    _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

---

2

Stipulation and Order to Elect Referral of Action to Voluntary
Dispute Resolution Program (VDRP) Pursuant to Local Rule 271          Lawrance A. Bohm, Esq.
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                     Erika M. Gaspar, Esq.