1  LAWRANCE A. BOHM, (SBN 208716)
2  **BOHM LAW GROUP**
   4600 Northgate Blvd., Suite 210
3  Sacramento, CA 95834
   Phone (916) 927-5574
   Fax (916) 927-2046
4
5  Erika M. Gaspar (SBN 238117)
   **LAW OFFICE OF ERIKA M. GASPAR**
6  2121 Natomas Crossing Drive, Suite 200-399
   Sacramento, CA  95834
   Telephone:  (916) 749-0278
7  Facsimile:  (916) 647-0535
8  Attorneys for Plaintiff
   PAUL TROTTER
9
10              UNITED STATES DISTRICT COURT
11             EASTERN DISTRICT OF CALIFORNIA
12
13  PAUL TROTTER,                    Case No.  2:09-CV-03476-FCD-EFB
14              Plaintiff,
                                     **AMENDED STIPULATION AND**
15      v.                           **ORDER EXTENDING THE**
                                     **DEADLINES OF THE**
16  AMERISOURCEBERGEN CORPORATION;   **STATUS (PRETRIAL SCHEDULING)**
    and DOES 1-100, inclusive,       **ORDER**
17
                Defendant.
18
19
20
21
22          Plaintiff, PAUL TROTTER, by and through his attorneys of record, Lawrance A. Bohm
23  and Erika M. Gaspar and Defendant, AMERISOURCEBERGEN CORPORATION, by and
24  through their attorney of record Matthew J. Ruggles stipulate to modify this Court's Status
25  (Pretrial Scheduling) Order (Doc #12) of May 17, 2011.
26  ///
27  ///
28
                                          1

Amended Stipulation and Order Extending the Deadlines of the
Status (PreTrial Scheduling) Order                                    Lawrance A. Bohm, Esq.
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                     Erika M. Gaspar, Esq.

## I.     EXISTENCE OF GOOD CAUSE

1.     Good cause exists because the parties have agreed to participate in VDRP in hopes of reaching an amicable settlement.   Accordingly, both counsel request modifications to the Court's Status (Pretrial Scheduling) Order so that both parties can adequately prepare this case for VDRP in hopes of avoiding trial of this matter.   (Please see "Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 16-271", ECF document number 15.)

2.     Good cause exists because the parties wish to avoid costly expert witness fees in the event settlement of this matter is successful in VDRP.

3.     Good cause exists because, in the event this matter proceeds to trial, Plaintiff's attorney Lawrance A. Bohm, Esq. is scheduled to be in trial in the Superior Court of California, County of Yolo on February 13, 2012, in the matter of *Webb v. Ramos Oil*, case no.:  CV09-521. The *Webb* case was filed on December 31, 2008 and has already been postponed from its original trial date of November 30, 2010.

4.     Further, neither party would be prejudiced by the requested modification to the Court's Status (Pretrial Scheduling) Order.

///

///

///

///

2

Amended Stipulation and Order Extending the Deadlines of the
Status (PreTrial Scheduling) Order
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                    Lawrance A. Bohm, Esq.
                                                                    Erika M. Gaspar, Esq.

## II.    STIPULATION

For the foregoing reasons, the parties to this action hereby ***STIPULATE AS FOLLOWS***:

1.    That the following modifications be made to the Court's Status (Pretrial Scheduling) Order:

|  | Previous Date: | New Date: |
|---|---|---|
| Non Expert Discovery Cut-Off | June 24, 2011 | unchanged |
| Dispositive Motions | September 30, 2011 | unchanged |
| Expert Disclosure Date | July 6, 2011 | November 18, 2011 |
| Expert Discovery Cut-Off | August 19, 2011 | December 20, 2011 |
| Final Pretrial Conference | December 12, 2011 | January 20, 2012, at 1:30 p.m. |
| Trial | February 7, 2012 | March 6, 2012, At 9:00 a.m. |

Dated:  June 30, 2011           By:    */s/ Lawrance A. Bohm, Esq.*
                                        Lawrance A. Bohm, Esq.
                                        Erika M. Gaspar, Esq.
                                        Attorneys for Plaintiff
                                        PAUL TROTTER

Dated:  June 30, 2011           By:    */s/ Matthew J. Ruggles* (authorized 6/30/11)
                                        Matthew J. Ruggles, Esq.
                                        Attorney for Defendant,
                                        AMERISOURCEBERGEN CORPORATION


         IT IS SO ORDERED.

Dated:   July 1, 2011

                                _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

Amended Stipulation and Order Extending the Deadlines of the
Status (PreTrial Scheduling) Order                                  Lawrance A. Bohm, Esq.
TROTTER v. AMERISOURCE BERGEN CORPORATION, et al.                   Erika M. Gaspar, Esq.