1  MELINDA S. RIECHERT, State Bar No. 65504
   SHWETA GERA, State Bar No. 234627
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Telephone: 650.843.4000
   Facsimile:  650.843.4001
5  E-mail:  mriechert@morganlewis.com;
   sgera@morganlewis.com
6
   Attorneys for Defendant
7  AMERISOURCEBERGEN CORPORATION

8  LAWRANCE A. BOHM, State Bar No. 208716
   BOHM LAW GROUP
9  4600 Northgate Blvd., Suite 210
   Sacramento, CA 95834
10 Telephone:  (916) 927-5574
   Facsimile:   (916) 927-2046
11 E-mail:  lbohm@bohmlaw.com

12 ERIKA M. GASPAR, State Bar No. 238117
   LAW OFFICE OF ERIKA M. GASPAR
13 2121 Natomas Crossing Drive, Suite 200-399
   Sacramento, CA 95834
14 Telephone: (916) 749-0278
   Facsimile:  (916) 647-0535
15 Email:  erika.gaspar.law@gmail.com

16 Attorneys for Plaintiff
   PAUL TROTTER

17

18                     UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20                           SACRAMENTO DIVISION

21

| | |
|---|---|
| PAUL TROTTER, | Case No. 2:09-CV-03476-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT DEADLINES** |
| vs. | |
| AMERISOURCEBERGEN CORPORATION; and DOES 1-100, inclusive, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND ORDER TO
EXTEND MSJ DEADLINES
(CASE NO. 2:09-CV-03476-FCD-EFB)

Plaintiff Paul Trotter ("Trotter") and Defendant AmerisourceBergen Corporation ("AmerisourceBergen"), by and through their attorneys of record, hereby stipulate to modify the summary judgment deadlines set forth by this Court on July 1, 2011.

WHEREAS, Trotter and AmerisourceBergen are engaged in settlement discussions regarding the above-captioned matter;

WHEREAS, the current deadline for a hearing on dispositive motions is September 30, 2011;

WHEREAS, Trotter and AmerisourceBergen request that the Court extend the summary judgment hearing deadline by no less than 30 days to allow them sufficient time to engage in settlement discussions and to finalize the terms of a settlement.

For the foregoing reasons, Trotter and AmerisourceBergen hereby stipulate and respectfully request that the following modifications be made to the Court's Order:

|  | **Previous Date** | **New Date** |
| --- | --- | --- |
| Hearing on Dispositive Motions | September 30, 2011 | November 4, 2011 |

IT IS SO STIPULATED.

Dated: August 26, 2011                    MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Melinda S. Riechert
    Melinda S. Riechert
    Attorneys for Defendant
    AMERISOURCEBERGEN
    CORPORATION

Dated: August 26, 2011                    BOHM LAW GROUP


By  /s/ Lawrance A. Bohm
    Lawrance A. Bohm
    Attorneys for Plaintiff
    PAUL TROTTER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND ORDER TO
EXTEND MSJ DEADLINES
(CASE NO. 2:09-CV-03476-FCD-EFB)

**ORDER**

**IT IS SO ORDERED.**

Dated: August 26, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND ORDER TO
EXTEND MSJ DEADLINES
(CASE NO. 2:09-CV-03476-FCD-EFB)