1  LAWRANCE A. BOHM (SBN: 208716)
   **BOHM LAW GROUP**
2  4600 Northgate Blvd., Suite 210
   Sacramento, CA  95834
3  Telephone:    916. 927.5574
   Fax No.:        916 927.2046
4
   ERIKA M. GASPAR (SBN: 238117)
5  **LAW OFFICE OF ERIKA M. GASPAR**
   2121 Natomas Crossing Drive, Suite 200-399
6  Sacramento, CA  95834
   Telephone:  916-749-0278
7  Fax No.:  916-647-0535

8  Attorneys for Plaintiff
   PAUL TROTTER
9
   MELINDA S. RIECHERT, State Bar No. 65504
10 MORGAN LEWIS & BOCKIUS LLP
   2 Palo Alto Square
11 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
12 Telephone:    650.843.4000
   Fax No.:        650.843.4001
13 Email:  mriechert@morganlewis.com
   sgera@morganlewis.com
14
   Attorney for Defendant
15 AMERISOURCEBERGEN CORPORATION

16

17                   IN THE UNITED STATES DISTRICT COURT

18              FOR THE EASTERN DISTRICT OF CALIFORNIA

19 PAUL TROTTER,
                                          Case No.  2:09-CV-03476-MCE-EFB
20            Plaintiff,

21    v.                                  STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE
22 AMERISOURCEBERGEN CORPORATION;
   and DOES 1-100, inclusive,             [Fed. R. Civ. P. 41(a)]
23            Defendant.
                                          Hon. Morrison C. England, Jr.
24

25

26

27

28 *///*

                                          1

Stipulation and Order for Dismissal with Prejudice
TROTTER v. AMERISOURCEBERGEN CORPORATION, et al.

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: September 27, 2011        By:     /s/ Lawrance A. Bohm
                                         LAWRANCE A. BOHM, ESQ.
                                         ERIKA M. GASPAR, ESQ.

                                         Attorneys for Plaintiff
                                         PAUL TROTTER

Dated: September 27, 2011        By:     /s/   Melinda S. Riechert
                                         MELINDA S. RIECHERT, ESQ.

                                         Attorney for Defendant
                                         AMERISOURCEBERGEN CORPORATION

IT IS SO ORDERED:  Pursuant to the Stipulation of the Parties, this case is dismissed with prejudice and the Clerk of the Court is directed to close this case.

Dated:  September 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Dismissal with Prejudice
TROTTER v. AMERISOURCEBERGEN CORPORATION, et al.