LAWRANCE A. BOHM (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA  95834
Telephone:     916. 927.5574
Fax No.:        916 927.2046

ERIKA M. GASPAR (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
Telephone:  916-749-0278
Fax No.:  916-647-0535

Attorneys for Plaintiff
PAUL TROTTER

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:     650.843.4000
Fax No.:         650.843.4001
Email:  mriechert@morganlewis.com
sgera@morganlewis.com

Attorney for Defendant
AMERISOURCEBERGEN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL TROTTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; and DOES 1-100, inclusive,<br>　　　　Defendant. | Case No.  2:09-CV-03476-MCE-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Hon. Morrison C. England, Jr. |
|---|---|

///

1

Stipulation and Order for Dismissal with Prejudice
TROTTER v. AMERISOURCEBERGEN CORPORATION, et al.

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: September 27, 2011        By:      /s/ Lawrance A. Bohm
                                          LAWRANCE A. BOHM, ESQ.
                                          ERIKA M. GASPAR, ESQ.

                                          Attorneys for Plaintiff
                                          PAUL TROTTER



Dated: September 27, 2011        By:      /s/   Melinda S. Riechert
                                          MELINDA S. RIECHERT, ESQ.

                                          Attorney for Defendant
                                          AMERISOURCEBERGEN CORPORATION


IT IS SO ORDERED:  Pursuant to the Stipulation of the Parties, this case is dismissed with prejudice and the Clerk of the Court is directed to close this case.

Dated:  September 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Dismissal with Prejudice
TROTTER v. AMERISOURCEBERGEN CORPORATION, et al.